UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CHRISTINA PARKER,

        Plaintiff,

v.                              Case No. 3:11-cv-00612-TJC-JRK

FOCUS RECEIVABLES
MANAGEMENT, LLC,

        Defendant.
_____/

## NOTICE OF PENDING SETTLEMENT

      Defendant, Focus Receivables Management, LLC, by and through its undersigned counsel, hereby submits this Notice of Pending Settlement and states that the parties have reached a verbal settlement with regard to this case and are presently drafting, finalizing, and executing the settlement and dismissal documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

                                            Respectfully submitted,

                                            /s/ Dayle M. Van Hoose
                                            Dayle M. Van Hoose, Esq.
                                            Florida Bar No. 0016277
                                            Kenneth C. Grace, Esq.
                                            Florida Bar No. 0658464
                                            SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.C.
                                            3350 Buschwood Park Drive, Suite 195
                                            Tampa, Florida  33618
                                            Telephone:    (813) 890-2463
                                            Facsimile:     (866) 466-3140
                                            dvanhoose@sessions-law.biz
                                            kgrace@sessions-law.biz

        Attorneys for Defendants,
        Focus Receivables Management, LLC

## CERTIFICATE OF SERVICE

I hereby certify that on the 31st day October 2011, a copy of the foregoing was served electronically via CM/ECF on the following:

Jennifer L. McCarthy, Esq.
Max Story, Esq.
Collins & Story, PA
223 East Bay Street, Suite 920
Jacksonville, FL  32202

        /s/ Dayle M. Van Hoose
        Attorney

\\sfnfs02\prolawdocs\8503\8503-28119\Parker, Christina\590164.doc