**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

CHRISTINA PARKER,

        Plaintiff,

vs.                                      Case No.  3:11-cv-612-J-32JRK

FOCUS RECEIVABLES MANAGEMENT, LLC,

        Defendant.

## **ORDER**

Upon review of the parties' joint Stipulation for Dismissal (Doc. 14), this case is dismissed with prejudice, each party to bear its own costs and attorneys' fees.  The Clerk shall close the file.

**DONE AND ORDERED** at Jacksonville, Florida, this 10th day of February, 2012.

_____
TIMOTHY J. CORRIGAN
United States District Judge

mg.
Copies to:
Counsel of Record